# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Lynda L. Transfiguracion and Thuy Dao,<br><br>    Defendant. | Case No. 1:01-cr-00099<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment of USCA filed June 14, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *William Gavras* |
|---|---|---|
| *June 15, 2006* | *June 15, 2006* | *June 15, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment of USCA filed June 14, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 15, 2006             /s/ Marilyn B. Alcon
                           Deputy Clerk