JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

**FILED**
DISTRICT COURT OF GUAM
JUN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

Counsel for Defendant *THUY DAO*

## UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NOS. **CR01-00099** |
| | ) | ~~CR02-00048~~ |
| Plaintiff, | ) | Court of Appeals Docket Nos. **04-10457** |
| | ) | **04-10458** |
| vs. | ) | |
| | ) | **STIPULATION FOR ORDER** |
| THUY DAO, | ) | **VACATING CONDITIONS** |
| | ) | **OF PRE-TRIAL RELEASE/BAIL** |
| Defendant. | ) | |

COMES NOW the Parties, through respective counsel of record, to Stipulate and Agree, and request the Court to order, that all conditions of pre-trial release imposed on Defendant THUY DAO be vacated, and that any and all bail or bonds posted be returned to Defendant, through her counsel of record. The Parties so stipulate pursuant to a Judgment of Dismissal which was recently filed herein, after issuance of the Ninth Circuit Opinion in U.S.A. v. Lynda L. Transfiguracion, et al., _____ F.3d _____ (9th Cir. 2006). The release of any and all bonds undertaken in this case shall include all bail or bonds in the above cases and related cases originating in the United States District Court, Central District of California, in U.S.A. v. Thuy Dao, Case No. 02-0873M.

SO STIPULATED:

**ARRIOLA, COWAN & ARRIOLA**
Counsel for Defendant THUY DAO

**OFFICE OF THE UNITED STATES ATTORNEY**
Counsel for Plaintiff UNITED STATES OF AMERICA

**JOAQUIN C. ARRIOLA, JR.**
Dated: 6/29/06

**MARIVIC P. DAVID**
Dated: 6/30/06