JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-0730/33
TELECOPIER: (671) 477-9734

**FILED**
DISTRICT COURT OF GUAM
JUL - 5 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> THUY DAO,  ) <br> ) <br> Defendant.  ) <br> _____ ) | CRIMINAL CASE NO. 01-00099 <br><br><br><br><br> ORDER |

On Stipulation of the parties, and following dismissal of this action,

IT IS HEREBY ORDERED that any and all bail or bonds posted in the above-matter, including the Deed of Trust posted in the United States District Court for the Central District of California under Case No. 02-0873M, be exonerated and released.

Dated at Hagatna, Guam: July 5, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge